## Third Department, March, 1925.

Before State Industrial Board, Respondent. Estate of W. David Brown and Another, Respondents, v. G. F. Hall & Company and Another, Appellants.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no proof that decedent's death was caused by an accidental injury arising out of his employment. All concur, except Cochrane, P. J., and Van Kirk, J., dissenting.

Before State Industrial Board, Respondent. Samuel A. Brown, Respondent, v. Samuel Borchardt and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before State Industrial Board, Respondent. Sam Bracco, Respondent, v. The New York Central Railroad Company, Appellant.— Award unanimously affirmed, with costs to the State Industrial Board.

Charles Bieber, Respondent, v. Schenectady Railway Company, Appellant.— Judgment and order unanimously affirmed, with costs.

In the Matter of the Petition in Summary Proceedings by Hiram L. Bauder, Appellant, to Remove Maude L. Stimson and Another, Respondents, from Certain Premises.— Order and judgment unanimously affirmed, with costs.

Before State Industrial Board, Respondent. Alice Byrnes, Respondent, v. Eastern Steamship Lines, Inc., Appellant.— Award modified by deducting therefrom ninety-four dollars and twenty-nine cents, being compensation allowed for time during which claimant was paid wages, and as so modified unanimously affirmed, without costs.

Before State Industrial Board, Respondent. Theresa Cowan, Respondent, v. Westchester Lighting Company, Appellant.— Award unanimously affirmed, with costs to the State Industrial Board.